FILED
2005 Nov-28  AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ODEANA FREDERICK FIELDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. CV 00-S-1639-NE |
| v. | ) |
| | ) |
| **NICHOLAS FILE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

A report and recommendation was entered, wherein the magistrate judge recommended that the defendants' summary judgment motion be granted and this action dismissed with prejudice, except for any state law claims, which should be dismissed without prejudice. Plaintiff filed objections.

The court has carefully considered the report and recommendation, the objections of the plaintiff, and the entire court file. The court accepts and adopts the report and recommendation, and overrules the plaintiff's objections.[1] The court finds that there are no genuine issues of material fact, and that movants are entitled to judgment as a matter of law. An appropriate order will be entered.

---

[1] To the extent that the Plaintiff attempts to state new claims in his objections, that is improper and will not be considered by the court.

**DONE** this 28th day of November, 2005.

```
                                    _____
                                           United States District Judge
```